```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/1/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
RAHMAN, et al.,

                                    Plaintiffs,

            -against-

MAYORKAS, et al.,

                                 Defendants.
-----------------------------------------------------------------X

**21-CV-11066 (AJN) (KHP)**

**ORDER ADJOURNING INITIAL**
**CASE MANAGEMENT**
**CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

In light of the stipulation and proposed order dismissing this case without prejudice, the initial case management conference scheduled on Wednesday, March 30, 2022 at 11:45 a.m. is hereby adjourned *sine die*.

**SO ORDERED.**

DATED:    New York, New York
              March 1, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge